An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF S. R. L., MINOR CHILD.

No. 68018

DONALD R. G., II,
                          Appellant,
                    vs.
WASHOE COUNTY DEPARTMENT OF
SOCIAL SERVICES,
                          Respondent.

**FILED**

JUN 0 1 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
        DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is an appeal from a hearing master's findings of fact and recommendations after a 24-month permanency hearing in a child welfare case. Appellant is proceeding in pro se pursuant to this court's pilot program for civil litigants proceeding in pro se. Our review of the documents before this court reveals a jurisdictional defect. Specifically, it appears that the judgment or order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from a hearing master's findings and recommendations. We conclude that we lack jurisdiction and we

ORDER this appeal DISMISSED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

15-16593

cc: Donald R. G., II
Washoe County District Attorney/Civil Division
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A